UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GREGORY J. MERGENTHALER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　Defendant. | Case No. CV-17-029-M-JCL<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is reversed and this matter is remanded pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings.

Dated this 9th day of November, 2017.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Annie Puhrmann
　　　　　　　　　　　　　　Annie Puhrmann, Deputy Clerk