IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GREGORY J. MERGENTHALER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CV 17-29-M-JCL<br><br>ORDER |

Plaintiff Gregory J. Mergenthaler ("Mergenthaler"), by and through his attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting his Social Security appeal. Plaintiff initially requested $9,885.68 in fees.

Counsel for Defendant Commissioner of Social Security ("Commissioner") has been contacted and stipulates to a reduced fee of $9,400.00.

Upon Plaintiff's stipulated application for fees under the Equal Access to Justice Act, and for good cause showing:

IT IS HEREBY ORDERED that Mergenthaler's Application for Award of EAJA Fees is GRANTED. Mergenthaler shall recover from the Commissioner

1

$9,400.00 in fees.

DATED this 29th day of January, 2018.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge